1  **CARMEN A. TRUTANICH,** City Attorney                    **DISCOVERY  MATTER**
   **GARY G. GEUSS,** Chief Assistant City Attorney
2  **CORY M. BRENTE**, Supervising Assistant City Attorney
   **GEOFFREY PLOWDEN,** Deputy City Attorney (SBN 146602)
3  E-Mail: geoffrey.plowden@lacity.org
   200 North Main Street, 6th Floor, City Hall East
4  Los Angeles, CA 90012
   Phone No.: (213) 978-7038 - Fax No.: (213) 978-8785
5
   Attorneys for Defendants CITY OF LOS ANGELES, SALAAM ABDUL-RAHMAN,
6  erroneously sued as DETECTIVE SALAAM ABDUL aka REGINALD PAYTON, DENNIS
   FANNING, and WILLIAM BRATTON
7

8

9                      **UNITED STATES DISTRICT COURT**

10                     **CENTRAL DISTRICT OF CALIFORNIA**

11
   JAMES DEES                              )  CASE NO. CV08-05786JHN(AGRx)
12                                         )
                   Plaintiff,              )
13                                         )  **STIPULATED PROTECTIVE**
        vs.                                )  **ORDER**
14                                         )
   CITY OF LOS ANGELES, ET AL.,            )  **NOTE CHANGES MADE BY**
15                                         )  **COURT**
                   Defendants.             )
16 ═══════════════════════════════════════ )  Magistrate Alicia G. Rosenberg

17

18
        The parties having stipulated, and good cause having been shown, it is hereby
19
    ordered the parties' stipulated protective order is granted except that, not withstanding
20
   paragraph II, Confidential Information used at trial will become public absent a separate
21
   court order upon written motion and sufficient cause shown.
22

23

24

25 DATED: May 27, 2010          _____

26                                 United States Magistrate Judge

27

28