UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DEES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | Case No. CV 08-05786 JHN (AGRx)<br><br>Magistrate Alicia G. Rosenberg<br><br>**CORRECTED STIPULATED PROTECTIVE ORDER RE DOCUMENT PRODUCED TO PLAINTIFF BY DEFENDANT COUNTY OF LOS ANGELES** |

　　The parties having so stipulated, and good cause having been shown, it is hereby ordered the parties' stipulated protective order is granted.

Dated: August 6, 2010

　　　　　　　　　　　　　　　　/s/ Alicia G. Rosenberg
　　　　　　　　　　　　　　　　Hon. Alicia G. Rosenberg
　　　　　　　　　　　　　　　　United States Magistrate Judge

1