1 | JIN S. CHOI, State Bar No. 180270
  | jchoi@lbaclaw.com
2 | LAWRENCE BEACH ALLEN & CHOI, PC
  | 100 West Broadway, Suite 1200
3 | Glendale, California 91210-1219
  | Telephone No. (818) 545-1925
4 | Facsimile No. (818) 545-1937

5 | Attorneys for Defendants
  | COUNTY OF LOS ANGELES and
6 | SHERIFF LEROY D. BACA

7 | NOTE: CHANGES MADE BY THE COURT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DEES | Case No. 2:08-cv-05786-JHN-AGRx |
| Plaintiff, | Honorable Jacqueline H. Nguyen |
| | Ctrm. 790 Roybal |
| vs. | |
| | **JUDGMENT IN FAVOR OF DEFENDANTS COUNTY OF LOS ANGELES AND SHERIFF LEROY D. BACA** |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

On May 20, 2010, the Court entered an order dismissing Defendant Sheriff Leroy D. Baca, pursuant to the parties' stipulation. On September 2, 2010, the Court entered an Order granting summary judgment in favor of Defendant COUNTY OF LOS ANGELES and against Plaintiff JAMES DEES, dismissing all claims asserted by Plaintiff against Defendant COUNTY OF LOS ANGELES.

//

1

Accordingly, IT IS HEREBY ADJUDGED AND ORDERED that judgment shall be entered in favor of Defendants COUNTY OF LOS ANGELES and SHERIFF LEROY D. BACA and against Plaintiff JAMES DEES. ~~Defendant COUNTY OF LOS ANGELES shall be entitled to costs of suit incurred herein pursuant to Local Rule 54-1.~~

DATED: September 09, 2010 _____
HONORABLE JACQUELINE H. NGUYEN
United States District Judge

Respectfully Submitted by:

LAWRENCE BEACH ALLEN & CHOI, PC

By_____
    Jin S. Choi
    Attorneys for Defendants
    COUNTY OF LOS ANGELES and
    SHERIFF LEROY D. BACA